**Robert Gordon SHORE, Jr.,**
**Plaintiff—Appellant,**

v.

**Theodis BECK; Bonnie Boyette; B.A.**
**Thompson; Butch Jackson; Michael**
**E. Bumgarner, Defendants—Appel-**
**lees.**

No. 03–7100.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 29, 2004.

Decided Feb. 5, 2004.

Robert Gordon Shore, Jr., Appellant pro se. James Philip Allen, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert Gordon Shore, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shore v. Beck,* No. CA–02–847–H–5 (E.D.N.C. July 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*